**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

In re

Leonard Leraine Rose
Abagail Louise Rose

Debtor(s)

) Case No. 08-62339-aer7
)
) LIST OF CREDITORS
) ENTITLED TO
) SMALL DIVIDENDS
)

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

AUG 2 4 2009

LODGED_____ REC'D _KS_
PAID _1.65_ DOCKETED_____

I, the undersigned case trustee for this estate, certify that the following creditors were entitled to under $5.00 if a chapter 7 case or $15.00 if a chapter 12 or 13 case, and that attached hereto is a check in the amount of $____$1.65____ (i.e., the total amount of all dividends listed below) which should be deposited by the Clerk in the U.S. Treasury pursuant to Bankruptcy Rule 3010:

**CLAIM NO.**                **CREDITOR NAME/ADDRESS**                                    **DIVIDEND**

                             **Please see attached**                                      $1.65


TOTAL:    $1.65

DATE: 8/21/09

/s/ Candace Amborn
Trustee

393 (6/29/94)

Date: 08/21/09 

**DIVIDENDS REMITTED TO THE COURT**

Page: 1

Check Number 1011 Dated 08/21/09
Case Number 08-62339 - ROSE, LEONARD LERAINE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| US Bank NA<br>Bkcy Dept<br>POB 5229<br>Cincinnati OH 45201<br>　CC A/C #0478 | 000005 | 141.00 | 1.65 |

---------- Remittance Total ---------------

141.00        1.65

AMBORN, CANDACE Trustee